UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PAVEY SERVICES LIMITED            :
                                  :
                    Plaintiff,    :
                                  :         08 CV _____
        - against -                :         ECF CASE
                                  :
COSCO BULK CARRIER CO LIMTITED    :
                                  :
                    Defendant.    :
------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: August 22, 2008
       New York, NY

                                    The Plaintiff,
                                    PAVEY SERVICES LIMITED

                                    By: _____
                                    Claurisse Campanale-Orozco (CC 3581)
                                    Thomas L. Tisdale (TT 5263)
                                    TISDALE LAW OFFICES, LLC
                                    11 West 42nd Street, Suite 900
                                    New York, NY 10036
                                    (212) 354-0025 – phone
                                    (212) 869-0067 – fax
                                    corozco@tisdale-law.com
                                    ttisdale@tisdale-law.com